IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| INTERNAL REVENUE SERVICE, | ) |
| Appellant, | ) |
| v. | ) Case No. 4:20-cv-0150-D |
| SPENCER LAMONT PITTMAN, | ) |
| Appellee. | ) |
| IN RE SPENCER LAMONT PITTMAN, | ) |
| Debtor. | ) Case No. 20-00490-5-JNC |

## NOTICE OF APPEARANCE

Please enter the appearance of Kyle L. Bishop in the above-captioned matter, as counsel of record for the United States. Mr. Bishop requests to be served with copies of all filed papers.

Date: August 12, 2020

/s/ Kyle L. Bishop
KYLE L. BISHOP
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
202-616-1878 (v)
202-514-6866 (f)
Kyle.L.Bishop@usdoj.gov

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of this NOTICE OF APPEARANCE has been made on August 12, 2020, via ECF, which served a copy on all registered counsel of record via the Court's ECF filing protocol.

/s/Kyle L. Bishop
KYLE L. BISHOP